# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

### SOUTHERN DIVISION

**JENNIFER SMITH**                                                        **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO.: 1:07cv974LG-JMR**

**JUVENILE FEMALE A.C., BY AND**
**THROUGH HER PARENTS, WAI AND**
**KATHY CHU, AND DAVIN THORNHILL**                          **DEFENDANTS**

## JUDGMENT

Motion for Summary Judgment having been filed by Defendant, Davin Thornhill pursuant to FRCP 56, and the Court, having been advised in the premises and having found that there are no genuine issues of material fact and that Defendant Thornhill is entitled to judgment as a matter of law, finds that said motion should be sustained. It is therefore,

ORDERED ADJUDGED AND DECREED that any and all claims by Plaintiff Jennifer Smith against Defendant Davin Thornhill in the above styled and numbered cause shall be dismissed, with prejudice.

ORDERED ADJUDGED AND DECREED this the 8th day of May, 2009.

___ s/John M. Roper Sr._____
UNITED STATES MAGISTRATE JUDGE

ALLEN, COBB, HOOD & ATKINSON, P.A.
Attorneys at Law

Post Office Drawer 4108
Gulfport, MS  39502
(228) 864-4011
ATTORNEY ID. #1658