UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JENNIFER SMITH                                                                                         PLAINTIFF

VERSUS                                                              CIVIL ACTION NO.: 1:07cv974 JMR

JUVENILE FEMALE A. C., by and through her parents,
Wai and Kathy Chu                                                                                      DEFENDANT

## JUDGMENT

THIS CAUSE came on for jury trial beginning on the 18th day of May, 2009, and the plaintiff, Jennifer Smith, having appeared, and the defendant, Juvenile Female A.C., having also appeared, along with their respective counsel present and having announced ready for trial, a jury composed of seven good lawful men and women of the Southern District of Mississippi, Southern Division, who were empaneled, selected and accepted by both plaintiff and defendant to try the issues, and having heard all of the testimony, evidence and argument of counsel, retired on 18th day of May, 2009 to consider their verdict, after which they returned the following verdict:

"We, the jury, find for the plaintiff, JENNIFER SMITH on her claim against Defendant, ANNIE CHU and award damages in the amount of $25,000.00."

IT IS THEREFORE, ORDERED AND ADJUDGED by the Court that the plaintiff, Jennifer Smith, is hereby granted judgment in the amount of $25,000.00 of and from the defendant, Juvenile Female A.C., plus all costs allowed by this Court pursuant to FRCP 54(d), and judicial interest from the date of judgment until paid.

SO ORDERED AND ADJUDGED this the 9th day of July, 2009.

                                                    s/John M. Roper Sr.
                                                  UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM:


_s/DAVID P. PITRE_
David P. Pitre, Esq.
Counsel for Plaintiff, Jennifer Smith


_s/FLOYD G. HEWITT, JR._
Floyd G. Hewitt, Jr., Esq.
Counsel for Defendant, Juvenile Female A.C.